**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SUNTRUST BANK, | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO.** |
| | ) | **3:13-mc-00050-VLB** |
| | ) | |
| v. | ) | |
| | ) | |
| INSTITUTE FOR INTERNATIONAL | ) | |
| SPORT, DANIEL E. DOYLE, JR., | ) | |
| AND KATHERINE M. DOYLE | ) | |
| | ) | |
| Defendant. | ) | **AUGUST 13, 2013** |

**MOTION FOR APPOINTMENT OF PERSON TO SERVE PROCESS**

Pursuant to Rule 4.1 of the Federal Rules of Civil Procedure, the plaintiff, Suntrust Bank ("Plaintiff"), moves the Court to appoint State Marshal Charles J. Fisher, Jr., a qualified person over eighteen (18) years of age, residing in Glastonbury, Connecticut, and not a party to or attorney in this action to serve papers, other than a summons and complaint, in the above captioned action.

In support of this motion Plaintiff states as follows:

1.      On April 3, 2012, in the United States District Court, Eastern District of North Carolina, Southern Division, Plaintiff obtained a judgment in its favor jointly and severally against defendants, Institute for International Sport, Daniel E. Doyle, Jr. and Katherine M. Doyle (collectively, "Defendants"), in the matter bearing Civil Action No. 7:11-cv-00257-D (the "North Carolina District Court Action").

ME1 16284051v.1

2.     The original amount of said judgment, entered and assessed against Defendants was (1) $367,187.21, plus interest thereon at the contract per diem rate of $79.77 from November 17, 2011 through the date of judgment, and thereafter at the maximum legal rate until paid; (2) attorneys' fees in the amount of $55,078.08; and (3) the costs of the North Carolina District Court Action (the "Judgment").

3.     Pursuant to 28 U.S.C. § 1963, the Judgment was registered in the United States District Court, District of Connecticut, Civil Action No. 3:13-mc-00050-VLB [Dkt. # 1].

4.     The Judgment remains unsatisfied, less a partial credit entered against the Judgment in the amount of $65,056.35

3.     Plaintiff seeks the appointment of State Marshal Charles J. Fisher, Jr. to serve Writs of Execution to facilitate collection of the Judgment.

ME1 16284051v.1

**WHEREFORE**, for the foregoing reasons, Plaintiff respectfully requests the Court grant this motion and appoint State Marshal Charles J. Fisher, Jr. to serve papers, including Writs of Execution, in the above captioned action.

Dated:  August 13, 2013
         Hartford, Connecticut

**RESPECTFULLY SUBMITTED,**

**THE PLAINTIFF,**
**SUNTRUST BANK**

**By:/s/ Eric W. Wiechmann**
    **Eric W. Wiechmann (CT 04331)**
    **Shawn S. Smith (CT 28340)**
    **MCCARTER & ENGLISH, LLP**
    **City Place I**
    **185 Asylum Street**
    **Hartford, CT 06103**
    **Telephone: 860-275-6700**
    **Facsimile: 860-724-3397**
    **Email: shsmith@mccarter.com**
       **ewiechmann@mccarter.com**

**SO ORDERED.**

**ROBERTA D. TABORA, CLERK**

**By:_____**
  **Deputy Clerk**

**Dated:_____ ,2013**

3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed on this 13th day

of August, 2013, to the following non CM/ECF participants in accordance with

the provisions of Rule 5 of the Federal Rules of Civil Procedure, via first-class,

U.S. Mail, postage prepaid, addressed as follows:


Institute for International Sport
The Feinstein Building, URI
3045 Kingstown Road
P.O. Box 1710
Kingston, RI 02881
c/o CT Corporation System – Registered Agent
450 Veterans Memorial Parkway, Suite 7A
East Providence, RI 02914

Katherine M. Doyle
85 Foxcroft Road
West Hartford, CT 06119

Daniel E. Doyle, Jr.
85 Foxcroft Road
West Hartford, CT 06119


/s/ Shawn S. Smith
Shawn S. Smith (CT 28340)

ME1 16284051v.1